UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA

    v.  Criminal No.  25-349 (JWB/JFD)

MOKTAR HASSAN ADEN, ET AL.

_____

UNITED STATES OF AMERICA

    v.  Criminal No.  25-351 (JWB/JFD)

CHRISTOPHER ADESOJI FALADE, ET AL.

_____

UNITED STATES OF AMERICA

    v.  Criminal No.  25-353 (JWB)

ANWAR AHMED ADOW
_____

UNITED STATES OF AMERICA

    v.  Criminal No.  25-354 (JWB)

ASAD AHMED ADOW
_____

UNITED STATES OF AMERICA

    v.  Criminal No. 25-479 (PJS/ECW)

HASSAN AHMED HUSSEIN, ET AL.
_____

UNITED STATES OF AMERICA

    v.                                                              Criminal No. 25-482 (SRN/DLM)

KAAMIL OMAR SALLAH

_____

UNITED STATES OF AMERICA

    v.                                                              Criminal No. 25-483 (DJD)

ANTHONY WADDELL JEFERSON, ET AL.

_____

## NOTICE TO THE COURT OF POSSIBLE RELATED CASES

The undersigned attorney hereby notifies the Court and counsel that the above-captioned cases are possibly related for the following reasons:

- ■ The cases involve the same act or transaction connected with or constituting a part of a common conspiracy, scheme, or plan;

- ■ The cases arise out of the same operative set of facts, behavioral episode or course of conduct whether the prior cases are open or closed;

- ■ The cases arise out of the same or related investigations and have temporal proximity; and

Dated: December 19, 2025                      Respectfully submitted,

                                                                DANIEL N. ROSEN
                                                                United States Attorney

                                                                /s/ *Matthew C. Murphy*
                                  BY:    MATTHEW C. MURPHY
                                                           Assistant United States Attorneys