AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

SEALED

United States of America
v.
Hassan Ahmed Hussein (1)

Case No. 25-479 PJS/ECW

*Defendant*

RECEIVED
JAN 0 8 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Hassan Ahmed Hussein,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court
☐ Pretrial Release Violation Petition

This offense is briefly described as follows:

Counts 1-5: Wire Fraud, 18:1343

SCANNED
JAN 0 8 2026
U.S. DISTRICT COURT MPLS

Date: 12/16/2025

*Issuing officer's signature*

City and state:   Minneapolis, MN

Kate M. Fogarty, Clerk of Court
*Printed name and title*

### Return

| | |
|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . | |

Date:
ARRESTED ON 12/18/2025
ARRESTED BY FBI
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY _____

*Arresting officer's signature*

*Printed name and title*