UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Case No. 25-CR-479 (JWB/JFD)

| | |
|---|---|
| United States of America,<br><br>                 Plaintiff,<br><br>v.<br><br>Hassan Ahmed Hussein,<br><br>                 Defendant. | **DEFENDANT HASSAN AHMED HUSSEIN'S RESPONSE TO GOVERNMENT'S MOTION FOR A PROTECTIVE ORDER** |

Defendant Hassan Ahmed Hussein by and through his undersigned counsel, Brian Toder, advises that he has no objections to the government's motion (Dkt. 26) seeking a protective order.

Respectfully submitted,

Dated: January 12, 2026

                                    **CHESTNUT CAMBRONNE PA**

                                    By /s/ *Brian N. Toder*_____
                                    Brian N. Toder, #17869X
                                    100 Washington Avenue South, Suite 1700
                                    Minneapolis, MN  55401
                                    Tel: (612) 339-7300
                                    Fax: (612) 336-2940
                                    btoder@chestnutcambronne.com

                                    **ATTORNEYS FOR DEFENDANT**