Lathrop GPM LLP
lathropgpm.com

80 South 8th Street
3100 IDS Center
Minneapolis, MN 55402
Main: 612.632.3000

**Thomas Calhoun-Lopez**
thomas.calhoun-lopez@lathropgpm.com
612.632.3550

August 27, 2026

*Filed via ECF*

The Honorable John F. Docherty
United States Magistrate Judge
District of Minnesota
316 North Robert Street
St. Paul, Minnesota 55101

RE: *United States v. Ahmed Abdirashid Mohamed*, 25-cr-479(2)

Dear Judge Docherty:

I write pursuant to the Court's order (ECF No. 58) to inform the Court that Defendant Ahmed Abdirashid Mohamed does not intend to file motions. Other than motions in limine pertaining exclusively to trial, all relevant and outstanding issues have been addressed by the Court's scheduling and discovery requirements previously outlined in this case. In Mr. Mohamed's view the motions hearing currently set for September 18, 2026, may be struck from the Court's calendar.

Respectfully Submitted,

Lathrop GPM LLP

Thomas Calhoun-Lopez
Counsel