ringstrom dekrey

CRIMINAL | CIVIL RIGHTS | EMPLOYMENT

August 28, 2026

Magistrate Judge John F. Docherty
United States District Court
315 North Robert Street
St. Paul, MN 55101

Re: *United States v. Hassan Hussein*
Case No. 25-cr-479 (JWB/JFD)
Pretrial Motions

Judge Docherty:

On behalf of Hassan Hussein, we will be filing no pretrial motions in this matter. Please set the case on for jury trial. Thank you, as always.

Respectfully submitted,

Dane DeKrey (MN #0397334)
**Ringstrom DeKrey PLLP**
814 Center Avenue, Suite 5
Moorhead, MN 56560
218-284-0484
dane@ringstromdekrey.com